

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2019

No. 04-19-00484-CV

**SEGUNDO NAVARRO DRILLING, LTD.,** Lewis Petro Properties, Inc., Tercero Navarro, Inc., and Rodney R. Lewis,
Appellants

v.

**SAN ROMAN RANCH MINERAL PARTNERS, LTD.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK002483D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The Appellee's First Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on October 21, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk